UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEMETRIUS DESHAWN ROBERTSON,** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2300** |
| **GRANT CANDIS, ET AL.** | **SECTION: "E"(3)** |

**O R D E R**

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and **ADOPTS** it as its opinion in this matter. Accordingly;

**IT IS HEREBY ORDERED** that that any claims against Defendants, Grant Candis and Tyler Caruso in their official capacities, are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** the Plaintiff's claims against Defendants Grant Candis and Tyler Caruso in their individual capacities are **STAYED** and **CLOSED** for statistical purposes. Either Plaintiff or the Defendants may move to reopen the case within sixty days of the state criminal proceeding becoming final for further proceedings consistent with *Heck v. Humphrey*, 512 U.S. 477 (1994). Robertson is instructed that failure timely to file the motion to reopen could waive his opportunity to proceed with this civil action.

---

[1] R. Doc. 25.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction over the stayed claims and that the case be restored to the trial docket upon motion once Plaintiff's criminal proceedings are concluded, so that the claims may proceed to final disposition.

**New Orleans, Louisiana, this 22nd day of April, 2025.**

                                                    **SUSIE MORGAN**
                                      **UNITED STATES DISTRICT JUDGE**