UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEMETRIUS DESHAWN ROBERTSON | CIVIL ACTION |
| VERSUS | NO. 24-2300 |
| GRANT CANDIS, ET AL. | SECTION: "E"(3) |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation,[1] and finding that as of this date Plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Robertson's Motion to Lift Stay[2] is **GRANTED**, and the previously imposed stay **LIFTED**.

**IT IS FURTHER ORDERED** that Robertson's complaint asserting individual claims against Candies and Caruso pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE** until such time as the conditions of *Heck* are met.

**New Orleans, Louisiana, this 26th day of August, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 30.
[2] R. Doc. 27.